## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Maltese v. New York City Mayor Eric Adams**     Docket No.: **24-2381**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Elizabeth I. Freedman**

Firm: **New York City Law Department**

Address: **100 Church Street, New York, NY 10007**

Telephone: **212-356-0836**     Fax:

E-mail: **efreedma@law.nyc.gov**

Appearance for: **defendants-appellees NYC Mayor Eric Adams, NYC OLC, Renee Campion**
(party/designation)

Select One:

[✔] Substitute counsel (replacing lead counsel: **Sylvia O. Hinds-Radix, Corporation Counsel** )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **August 1, 2024**     OR

[ ] I applied for admission on _____.

Signature of Counsel: *Elizabeth I. Freedman* (signature)

Type or Print Name: **Elizabeth I. Freedman**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**Maltese**

v.

New York City Mayor Eric Adams

**CERTIFICATE OF SERVICE***

Docket Number: **24-2381**

I, **Elizabeth I. Freedman**, hereby certify under penalty of perjury that
(print name)
on **September 26, 2024**, I served a copy of **Notice of Appearance**
(date)
for Substitute Counsel
(list all documents)

by (select all applicable)**

___ Personal Delivery      **X** United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Maryann Maltese | 19 Ringler Drive | East Northport | NY | 11731 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**September 26, 2024**                              *[signature: Elizabeth I. Freedman]*
Today's Date                                              Signature

Certificate of Service Form (Last Revised 12/2015)